IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICIA SUAREZ, | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) NUMBER 1:12-cv-1782-TCB |
| NORTH GEORGIA LINEN SERVICE, et al., | ) |
| Defendants. | ) |

## **O R D E R**

On August 14, 2012, Defendant North Georgia Linen Service, Inc. ("NGLS") filed a suggestion of bankruptcy [30] in this action, informing the Court that it had filed a Chapter 11 petition that same day. Earlier today, Defendant Rodney W. Free filed a notice of bankruptcy filing [31], informing the Court that he also filed a Chapter 11 petition yesterday. Thus, Plaintiff Alicia Suarez's claims against NGLS and Free are stayed pursuant to 11 U.S.C. § 362. The only remaining Defendants are John Does, and the Court will not keep this action open solely as to these unknown Defendants. Accordingly, the Clerk is DIRECTED to administratively close this case.

The case will be restored upon timely motion of any party following resolution NGLS's and Free's bankruptcy proceedings.

IT IS SO ORDERED this 15th day of August, 2012.

_____
Timothy C. Batten, Sr.
United States District Judge